UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

LAUSTEVEION JOHNSON,

Plaintiff,

v.

LAW LIBRARY, et al.,

Defendants.

Case No. 2:17-cv-01280-JCM-PAL

ORDER

(Mot Exclude Case – ECF Nos. 7, 8)

Before the court is plaintiff Lausteveion Johnson's ("Johnson") Motions to Exclude Case from Early Mediation and Request to Conduct Discovery (ECF Nos. 7, 8). Johnson filed a First Amended Complaint (ECF No. 6) May 1, 2018. The initial screening order found that Johnson had stated a colorable claim against defendants Smith and Espino but gave him leave to file an amended complaint to cure the deficiencies noted in the complaint if he chose to do so. The amended complaint has not yet been screened. Discovery will not be permitted until the court screens the amended complaint, authorizes service on one or more defendants, and the defendants have answered or otherwise responded to the complaint. A scheduling order will then be entered establishing a discovery cutoff and other case management deadlines. Until then discovery is not allowed. Furthermore, a review of the docket shows that this matter has not been referred to mediation. For these reasons,

**IT IS ORDERED** that Johnson's Motions to Exclude Case from Early Mediation and Request to Conduct Discovery (ECF Nos. 7, 8) are **DENIED** without prejudice.

DATED this 21st day of June, 2018.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE