UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>        Plaintiff,<br>v.<br>LAW LIBRARY, *et al.*,<br><br>        Defendants. | Case No. 2:17-cv-01280-JCM-BNW<br><br>ORDER |

Presently before the court is the matter of *Johnson v. Law Library et al.*, case number 2:17-cv-01280-JCM-BNW.

On October 23, 2019, defendants Rashonda Smith and Rodrigo Espino filed a motion to extend time to file dispositive motions. (ECF No. 38). The present dispositive motion deadline, as set by the court's June 14, 2019, scheduling order, is October 28, 2019. (ECF No. 24).

Defendants request a sixty-day extension to file dispositive motions. (ECF No. 38). Defendants represent that this extension is warranted because plaintiff Lausteveion Johnson's motion to compel discovery (ECF No. 32) and defendants' motion for a protective order (ECF No. 35) are still pending before the court, and that the resolution of these motions could affect whether there is additional discovery in this matter. (ECF No. 38). Defendants also represent that the court's scheduling order requires dispositive motions to be filed and served no later than thirty days after the close of discovery. *Id.* Defendants contend that because more discovery may be permitted, an extension is appropriate to allow the parties to complete discovery prior to the dispositive motion deadline. *Id.*

1

Good cause appearing, the court will grant defendants' motion to extend time.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendants' motion to extend time (ECF No. 38) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that the parties shall have up to and including December 20, 2019, to file any dispositive motions.

DATED October 25, 2019.

_____
UNITED STATES DISTRICT JUDGE